**PERKINS**COIE

> Application granted. The time for Defendant to respond to the Complaint is extended to and including May 31, 2022. No further extensions will be granted.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 6.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>            March 25, 2022

March 24, 2022

**VIA ECF**

Hon. Philip M. Halpern
United States District Court
Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

**Re:**   *Oscar Ithier v. 7-Eleven, Inc.*, Case No. 7:21-cv-09405- PMH-JCM

Dear Judge Halpern:

We represent Defendant 7-Eleven, Inc. ("7-Eleven") in the above-captioned matter, and respectfully submit this letter, pursuant to Your Honor's Individual Practice I(C), to request a 60-day extension, through and including May 31, 2022, of the April 1, 2022 deadline to answer or otherwise respond to the Complaint.  The present request will enable 7-Eleven to more thoroughly review the allegations contained in the Complaint before responding.

Counsel for Plaintiff Oscar Ithier consented to the present request, which constitutes the first request for an adjournment or extension of time in the above-captioned case and will not affect any other scheduled dates.

We thank Your Honor for your consideration.

Respectfully submitted,

*/s/ Adam R. Mandelsberg*
Adam R. Mandelsberg

cc:  All parties via ECF

Perkins Coie LLP