IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Oscar Ithier, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff(s)<br><br>v.<br><br><br>7-Eleven, Inc.,<br><br><br>　　　　　　　Defendant(s) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.:  7:21 - cv-09405 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

　　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) __Oscar Ithier__ and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against all defendants.

Date:   5/31/2022

　　　　　　　　　　　　　　　　　　　SHEEHAN & ASSOCIATES, P.C.

　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　*Spencer Sheehan, Esq., Plaintiff's counsel*

　　　　　　　　　　　　　　　　　　　60 Cuttermill Rd. Ste. 409
　　　　　　　　　　　　　　　　　　　*Address*

　　　　　　　　　　　　　　　　　　　Great Neck NY 11021
　　　　　　　　　　　　　　　　　　　*City, State & Zip Code*

　　　　　　　　　　　　　　　　　　　516-268-7080
　　　　　　　　　　　　　　　　　　　*Telephone Number*