IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Oscar Ithier, individually and on behalf of all others similarly situated,

    Plaintiff(s)

v.

7-Eleven, Inc.,

    Defendant(s)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 7:21 - cv-09405

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) __Oscar Ithier__ and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against all defendants.

Date: 5/31/2022

SO ORDERED.

/s/ Philip M. Halpern
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       June 1, 2022

SHEEHAN & ASSOCIATES, P.C.

/s/ Spencer Sheehan
*Spencer Sheehan, Esq., Plaintiff's counsel*

60 Cuttermill Rd. Ste. 409
*Address*

Great Neck NY 11021
*City, State & Zip Code*

516-268-7080
*Telephone Number*